STATE OF NEW JERSEY v. LORI ANN MITCHELL.

September 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE ANGEL PEREZ.

September 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS WILLIAM MANNING.

September 19, 1989.

Petition for certification denied.    (See  234  *N.J.Super.* 147).

STATE OF NEW JERSEY v. JUAN JOSE OCORO.

September 19, 1989.

Petition for certification denied.